<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-1637**

ALBERT P. BIANCHI, Ph.D.,

        Plaintiff - Appellant,

    v.

OLD DOMINION UNIVERSITY; COMMONWEALTH OF VIRGINIA,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Robert G. Doumar, Senior District Judge. (2:08-cv-00250-RGD-TEM)

Submitted: April 15, 2010         Decided: June 8, 2010

Before TRAXLER, Chief Judge, and NIEMEYER and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

James H. Shoemaker, Jr., PATTON, WORNOM, HATTEN & DIAMONSTEIN, L.C., Newport News, Virginia, for Appellant. William C. Mims, Attorney General of Virginia, Maureen Riley Matsen, Deputy Attorney General, Peter R. Messitt, Senior Assistant Attorney General/Chief, Teri Craig Miles, Senior Assistant Attorney General, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Albert Bianchi appeals the district court's order granting summary judgment in favor of the Appellees on Bianchi's claim of gender discrimination. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Bianchi v. Old Dominion Univ.</u>, No. 2:08-cv-00250-RGD-TEM (E.D. Va. May 1, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>